**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NANCY LEWIS,

Plaintiff,

vs.                                          No. CV-10-638 RHS/WDS

CAPITOL ONE AUTO FINANCE and
GEICO GENERAL INSURANCE COMPANY,

Defendants.

ORDER DENYING PLAINTIFF'S MOTION
TO COMPEL AGAINST GEICO

This matter comes before the Court on Plaintiff's Motion to Compel (Doc. No. 60) against Defendant Geico Insurance.  Though Plaintiff, who is *pro se,* has moved to compel she has given no indication as to what deficiencies are present in Defendant Geico's responses to her discovery requests.  Geico, in its response, sets out in some detail what they have done to comply with her requests.  Its response appears reasonable on its face, especially given the vagueness of Plaintiff's motion.  Accordingly, the motion is not well taken.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel (Doc. No. 60) against Defendant Geico Insurance is denied.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE