**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NANCY LEWIS,

Plaintiff,

vs.                                         No. CV-10-638 RHS/WDS

CAPITOL ONE AUTO FINANCE and
GEICO GENERAL INSURANCE COMPANY,

Defendants.

**ORDER DENYING PLAINTIFF'S MOTION TO**
**COMPEL AGAINST CAPITAL ONE**

This matter comes before the Court on Plaintiff's Motion to Compel (Doc. No.61) against Defendant Capital One Auto Finance.  Though Plaintiff, who is *pro se,* has moved to compel she has given no indication as to what deficiencies are present in Defendant Capital One's responses to her discovery requests.  Capital One, in its response, sets out in some detail what they have done to comply with her requests.  Its response appears reasonable on its face, especially given the vagueness of Plaintiff's motion.  Accordingly, the motion is not well taken.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel (Doc. No. 61) against Defendant Capital One Auto Finance is denied.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE